Argued and submitted January 10, reversed and remanded for reconsideration June 1, 2005

In the Matter of the Compensation of
Teresa Cisneros, Claimant.

Teresa CISNEROS,
*Petitioner,*

*v.*

SAIF CORPORATION
and American Onion, Inc.,
*Respondents.*

02-09425; A123904

112 P3d 489

---

R. Adian Martin argued the cause and filed the brief for petitioner.

David L. Runner argued the cause and filed the brief for respondents.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Reversed and remanded for reconsideration. *Tye v. McFetridge*, 199 Or App 529, 112 P3d 435 (2005).

---

*Landau, J., *vice* Ceniceros, S. J.